**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 00-20878

ADVANTAGE FUND LTD., formerly known as GLF Advantage Fund

Plaintiff-Counter Defendant-Appellee-Cross Appellant,

VERSUS

HEARTLINE COMMUNICATIONS, INC., ET AL.,

Defendants,

HEARTLINE COMMUNICATIONS, INC.,

Defendant-Appellant,

JOSEPH R. HARROTT,

Defendant-Appellant-Cross-Appellee,

DARLENE A. KIRKLAND,

Defendant-Counter Claimant-Appellant-Cross-Appellee,

BOBBY P. LEWIS,

Defendant-Cross-Appellee.

Appeal from the United States District Court
For the Southern District of Texas
H-98-CV-3833

December 19, 2001

Before DAVIS, WIENER and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Based on the thorough, careful reasons of the district court dated December 20, 1999 and August 29, 2000, the judgment of the district court is affirmed.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.